**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH IRVIN COUNCE,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS CORRECTIONAL OFFICER SANCHEZ, et al.,<br><br>        Defendants. | NO. ED CV 11-1894-DMG(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2 of this Order and the Judgment of this date on Plaintiff.

4 DATED:  July 31, 2013

```
                                    _____
                                         DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE
```

2