**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH IRVIN COUNCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS<br>CORRECTIONAL OFFICER<br>SANCHEZ, et al.,<br><br>　　　　　Defendants. | NO. ED CV 11-1894-DMG(E)<br><br><br><br>JUDGMENT |

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 31, 2013

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE